**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | | |
| BRYAN L. WHITE | } | |
| REBEKAH A. WHITE | } | CASE NO. 19-90175-AKM-13 |
| Debtor(s) | } | |

## WITHDRAWAL OF DOCUMENT( Doc. # 41)

Counsel for debtor filed a Corrected Motion to Sell at Private Sale and Notice of Objection Deadline ( Doc. 41) for Debtor on April 15, 2022.

Accordingly, the debtor request the court to hereby withdraw the Corrected Motion to Sell at Private Sale and Notice of Objection Deadline ( Doc. 41).

Respectfully submitted,

/s/ Lloyd E. Koehler_____
Lloyd E. Koehler, Attorney for Debtor(s)
400 Pearl Street, Suite 200
New Albany, IN  47150
(812) 949-2211  FAX (812) 941-3907
Indiana Supreme Court No. 15669-98

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of May, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com
U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

/s/ Lloyd E. Koehler_____
Lloyd E. Koehler
Email: Lloydkoehler@hotmail.com