UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

In Re:                                             Case No. 19-90175

Bryan L. White                                     Chapter 13
Rebekah A. White

Debtors.                                           Judge Andrea K. McCord

### AGREED ENTRY RESOVING MOTION TO SELL AT PRIVATE SALE (DOC. 49)

This matter having come before the Court upon the Motion to Sell at Private Sale (Doc. 49) filed herein by debtors Bryan L White and Rebekah A. White ("Debtors") and Objection filed herein by the secured creditor, U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V ("Creditor") and it appearing to the Court that parties have agreed to a course of action resolve the matter:

1. The property is located at 25080 Apple Blossom Dr., West Harrison, IN 47060 (Property).

2. The proposed sale price is in the amount of $299,900.00.

3. The parties agree that Creditor's mortgage loan shall be paid in full at the time of closing, per the amount indicated on Creditor's payoff statement as of the date of closing.

4. Debtors or closing agent shall contact Creditor directly to obtain the current mortgage payoff balance at the time of closing.

5. The Trustee will be provided a copy of the closing statement and on receipt is directed to stop disbursing to any creditor shown on the closing statement as having been paid at closing.

6. Debtors shall continue to maintain the regular post-petition monthly mortgage payment to Creditor via conduit up until the sale closing date, otherwise this Agreed Entry shall be null and void.

7. The sale closing of Debtors' home shall take place no later than thirty (30) days from the date

of the entry of this Agreed Entry, otherwise this Agreed Entry shall be null and void.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Lloyd Koehler
Lloyd Koehler
400 Pearl St. Ste 200
New Albany, IN 47150
Phone: 812-949-2211
Email: lloydkoehler@hotmail.com
Attorney for Debtor

/s/
Joseph M. Black, Jr.
Office of Joseph M. Black, Jr.
PO Box 846
Seymour, IN 47274
Phone: 812-524-7211
Email: jmbecf@trustee13.com
Chapter 13 Trustee